**MEMO ENDORSED.**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration*  tel: (212) 264-2524
*Office of the General Counsel*  fax: (212) 264-6372
*6401 Security Boulevard,*
*Baltimore, MD 21235*

May 15, 2023

**Via CM/ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Rivera v. Kijakazi*
> Civil Action No. 23-cv-00268
> Joint Letter Request for Extension of Deadlines

Dear Judge Wang:

  This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully with Plaintiff to request an extension of the deadlines for filing the Commissioner's brief and subsequent briefing in the above-referenced Social Security case, pursuant to the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order).

  Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, Defendant's brief is due on May 18, 2023. *See* Supp. R 4, 6-8. Due to large caseloads, and in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case.

The parties respectfully request that the Court approve the following proposed schedule:

- Defendant's brief shall be filed no later than June 20, 2023
- Plaintiff's reply (if any) shall be filed no later than 21 days after the filing of the Commissioner's brief.

This is the first and only request for an extension of the filing deadlines in this case.

  We thank the Court for its consideration of this request.

Respectfully submitted,

**Application GRANTED.**

DAMIAN WILLIAMS
United States Attorney

**SO ORDERED.**

BY:  *s/ Victoria S. Treanor*
Victoria S. Treanor
Special Assistant U.S. Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2524
victoria.treanor@ssa.gov

_____
U.S.M.J. Ona T. Wang
5/16/2023

  /s/*Eddy Pierre Pierre*
EDDY PIERRE PIERRE, ESQ.
211 East 43rd St., Ste 608
New York, NY 10017
Tel.:  646-992-8383
Email: fedcourt@pierrepierrelaw.com

2